IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS,<br><br>      Petitioner,<br><br>  v.<br><br>M. C. KRAMER, Warden,<br><br>      Respondent._____/ | No. C 09-00728 CW (PR)<br><br>ORDER OF DISMISSAL |

    Petitioner, a state prisoner, filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He also seeks leave to proceed in forma pauperis.

    Petitioner has a pending habeas action with this Court challenging the same conviction and raising the same claims as in the instant petition.  See Case No. C 09-0351 CW (PR).  Accordingly, the instant petition is dismissed as a duplicate petition to Case No. C 09-0351 CW (PR).  Petitioner's application to proceed in forma pauperis is GRANTED.  The Clerk of the Court shall terminate all pending motions (docket no. 4) and close the file.

    IT IS SO ORDERED.

Dated: 8/24/09

                                            CLAUDIA WILKEN<br>
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. ELLIS,

        Plaintiff,

v.

M.C. KRAMER et al,

        Defendant.

Case Number: CV09-00728 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J. Ellis P35156
CSP-Old Folsom
2-A3-15
P.O. Box 715071
Represa, CA 95671

Dated: August 24, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2